Michael Carmie ANTONELLI,
Appellant,

v.

Linda SANDERS, Warden, FCI,
Forrest City, Arkansas,
Appellee.

No. 06–2673.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 27, 2007.

Filed: May 9, 2007.

Michael Carmie Antonelli, Inez, KY, pro
se.

Before SMITH, GRUENDER, and
SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Michael Carmie Antonelli appeals fol-
lowing the district court's[1] dismissal of his
28 U.S.C. § 2241 petition and denial of his
motions for relief from judgment and for a
protective order. We conclude that the
dismissal of the section 2241 petition was
proper for the reasons explained by the
district court, *see Abdullah v. Hedrick,* 392

trict of Arkansas, adopting the report and
recommendations of the Honorable John F.
Forster, Jr., United States Magistrate Judge
for the Eastern District of Arkansas.

F.3d 957, 959 (8th Cir.2004) (de novo standard of review), and that the district court did not abuse its discretion in denying the motions, *see Sanders v. Clemco Indus.*, 862 F.2d 161, 169 (8th Cir.1988) (relief from judgment); *Goff v. Harper*, 60 F.3d 518, 520–21 (8th Cir.1995) (injunctive relief).

Accordingly, we affirm the district court's judgment.

1. The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.